UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
: 
ALEX BLOISE, :
:
                    Plaintiff, :
:    23-CV-4894 (VSB)
        -against- :
:        **ORDER**
THE CITY OF NEW YORK, DETECTIVE :
ISAAC NGMONTALVO SHIELD # 2168, :
DETECTIVE MARK WORTHINGTON, :
DETECTIVE COLON, and UNIDENTIFIED :
MEMBERS OF THE NYPD, :
:
                  Defendants. :
:
----------------------------------------------------------- X

**VERNON S. BRODERICK, United States District Judge:**

On June 12, 2023, Plaintiff filed this action against Defendants. (Doc. 1.) Summonses were issued for certain Defendants on June 14 and 21, 2023. (Docs. 5, 10, 11.) Affidavits of service have also been filed for certain Defendants. (Docs. 7, 13.) To date, no Defendant has appeared in this action. Accordingly, by August 8, 2023, Plaintiff shall file a status letter setting out the status of service as to each Defendant and whether Plaintiff intends to move for a default judgment against those Defendants who have been served but have not yet appeared.

SO ORDERED.

Dated:    August 1, 2023
             New York, New York

                                              VERNON S. BRODERICK
                                              United States District Judge