UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
ALEX BLOISE,                                                   :
                                                               :
                                      Plaintiff,     :
                                                     :  23-CV-4894 (VSB)
                   -against-                           :
                                                     :  **ORDER**
THE CITY OF NEW YORK, DETECTIVE ISAAC :
NGMONTALVO SHIELD # 2168,                                      :
and DETECTIVE MARK WORTHINGTON,                                :
:
                                          Defendants.    :
:
---------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Plaintiff Alex Bloise initiated this matter by filing a complaint on June 12, 2023.  (Doc. 1.) Defendants City of New York, Detective Isaac Ngmontalvo, and Detective Mark Worthington filed their answers on September 21, 2023, October 23, 2023, and February 9, 2024, respectively.  (Docs. 27, 28, 45.)  On February 12, 2024, I entered an Order directing the parties to submit a joint letter and a proposed case management plan and scheduling order on or before February 20, 2024.  (Doc. 46.)  To date, the parties have not done so.  Accordingly, the parties are hereby

       ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than February 27, 2024.  If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: February 22, 2024
       New York, New York

                                                                   Vernon S. Broderick
                                                                   United States District Judge