UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
ALEX BLOISE,                                                   :
:
                              Plaintiff,            :
                                        :                           23-CV-4894 (VSB)
                    -against-                        :
                                        :                           **ORDER**
:
THE CITY OF NEW YORK, DETECTIVE ISAAC :
NGMONTALVO SHIELD # 2168,                                      :
and DETECTIVE MARK WORTHINGTON,                                :
:
                               Defendants.         :
:
---------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

        On February 12, 2024, I entered an Order advising the parties that I "will not be holding an initial pretrial conference," and directing them to submit a joint letter and a proposed case management plan and scheduling order on or before February 20, 2024.  (Doc. 46.)  On February 22, 2024, the parties submitted a proposed case management plan and scheduling order (the "CMP").[1]  (Doc. 49–1.)  However, the parties have not submitted a joint letter.  Accordingly, the parties are hereby

        ORDERED to file the joint letter by no later than March 1, 2024.  If the parties fail to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:  February 26, 2024
           New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge

---

[1] As a cover sheet to the CMP, the parties submitted a letter stating that they "referred to several of the proposed dates in terms of days before and after [the initial] conference."  (Doc. 49.)  The CMP, however, includes no such references.  In any event, I will not be holding an initial conference, so the CMP's listing of specific dates is appropriate.