Fred Lichtmacher
The Law Office of Fred Lichtmacher PC
116 West 23rd Street Suite 500
New York, NY 10011
(212) 922-9066
empirestatt@aol.com

April 23, 2024

Honorable Judge Vernon S. Broderick
Southern District of New York
via ECF

**Re:   Bloise v NYC et al 23-4894-VSB**

Your Honor

     I represent the plaintiff Alex Bloise, a man who spent ten years and ten months in jail for a crime he did not commit. I am pleased to inform the Court, that with the excellent assistance of mediator Phillip Graham, this matter has settled. The parties will need some time to draft and have signed the settlement papers.

                          Respectfully submitted

                                  /s/


                           Fred Lichtmacher

cc:   John Edmund Schemitsch
      New York City Law Department